IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CV-00127-BO

**Sprout Pharmaceuticals, Inc.**,

          Plaintiff,

v.

**John Doe**,

          Defendant.

**Order**

Plaintiff Sprout Pharmaceuticals, Inc. asks the court to allow it to serve subpoenas for the name and contact information for Defendant John Doe. D.E. 9. After reviewing the relevant pleadings and filings, the court finds that there is good cause to grant the motion. The court will allow discovery on these terms:

1.     Sprout may serve Cloudflare, Inc. and GoDaddy.com with subpoenas commanding them to provide Doe's name, address, telephone number, email address, and any other identifying information. Sprout must include a copy of this Order with the subpoena. The date for compliance must be no earlier than 60 days after service.

2.     Within seven days after Cloudflare, Inc. and GoDaddy.com receive the subpoena they must send a copy of the subpoena and this order to the last known email address and, if available, the last known mailing address for Doe.

3.     Cloudflare, Inc. and GoDaddy.com may not produce documents before the compliance date listed on the subpoena unless Doe notifies them that he or she consents to the production of the information.

4.     If Cloudflare, Inc. and GoDaddy.com wish to object to the subpoena or ask the

court to quash or modify it, they must do so before the date and time of compliance noted on the subpoena.

5.      If Doe wishes to ask the court to quash or modify the subpoena, he or she must do so before the compliance date listed on the subpoena. Doe must serve a copy of his motion on Sprout, Cloudflare, Inc., and GoDaddy.com. If Doe seeks to have the subpoena quashed or modified, Cloudflare, Inc. and GoDaddy.com must not produce any responsive documents until the court orders that production is appropriate.

6.      Sprout may not engage in any other discovery in this action prior to conducting a Rule 26(f) conference unless the discovery is authorized by an order of this court or the Federal Rules of Civil Procedure.

Dated: April 20, 2021

_Robert T. Numbers II_
Robert T. Numbers, II
United States Magistrate Judge

2