THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| SPROUT PHARMACEUTICALS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 5:21-cv-00127 |
| | ) |
| 18 NUTRITION INC and | ) |
| JOHN DOES 1-10, | ) |
| | ) |
| Defendants. | ) |

## CONSENT JUDGMENT AND PERMANENT INJUNCTION

This action, having come on for consideration upon the Complaint of Plaintiff Sprout Pharmaceuticals, Inc. ("Sprout"), is one against 18 Nutrition Inc ("18 Nutrition") for unfair competition and false advertising under the Lanham Act, unfair and deceptive trade practices under N.C. GEN. STAT. § 75-1.1 *et seq.*, and common law unfair competition. Sprout and 18 Nutrition, having waived the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, and without trial, argument, or adjudication of any issue of fact or law, have consented and stipulated to the entry of this Consent Judgment and Permanent Injunction under the terms provided herein:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. This Court has original jurisdiction over the subject matter of this action under the laws of the United States pursuant to 28 U.S.C. § 1331 (Federal Question Jurisdiction). This Court has jurisdiction of all pendant state law claims pursuant to 28 U.S.C. § 1367(a) (Supplemental Jurisdiction) because all such claims are based upon the same or substantially the same conduct by 18 Nutrition.

1

2. Sprout is the exclusive owner of the trademark ADDYI® and various derivatives thereof (the "ADDYI Marks"), including but not limited to the marks that are the subject of the following U.S. registrations:

| Mark | Reg. No. | Goods and Services |
|---|---|---|
| ADDYI | 4,860,061 | Pharmaceutical preparations for the treatment of sexual dysfunction and sexual disorders |
| addyi | 5,580,590 | Pharmaceutical preparations for the treatment of sexual dysfunction and sexual disorders |

3. 18 Nutrition acknowledges the existence and validity of, and Sprout's exclusive ownership of, the ADDYI Marks.

4. 18 Nutrition acknowledges that it owns the domain name female-libido-enhancers.info and operates a website at www.female-libido-enhancers.info (the "Website").

5. 18 Nutrition acknowledges that it published on the Website statements concerning Sprout's ADDYI® medication which Sprout alleges were false and misleading.

6. 18 Nutrition acknowledges that it published the statements on the Website as part of a plan to promote a purportedly competitive supplement called "Libitrinex" that included "reviews" of various "libido support supplements," including ADDYI®, in which the "reviews" purportedly determined "Libitrinex" to be the best product.

7. 18 Nutrition acknowledges that it purchased advertising using Sprout's ADDYI Marks as "Ad Words" to drive internet traffic to the Website, which Sprout alleges further

compounded 18 Nutrition's unfair and deceptive acts and practices by directing Sprout's actual and prospective customers to the Website.

8. Without admission by 18 Nutrition of the facts alleged in the Amended Complaint, Judgment is entered for Sprout on all of its claims. For clarification, the parties agree that this stipulated Consent Judgment is not intended to collaterally estop 18 Nutrition in connection with litigation involving third parties. This clarification does not apply to any future litigation between 18 Nutrition and Sprout.

9. 18 Nutrition represents that it has removed references to the ADDYI Marks on the Website and no longer has any "Ad Words" that use ADDYI Marks.

10. 18 Nutrition, its agents, servants, employees, principals, attorneys, and all others in active concert or participation with any of them, are permanently enjoined and restrained from:

    a) using the ADDYI Marks, whether alone or with other elements, as well as any other trademarks, service marks, words, names, or logos that are the same as or confusingly similar to any of Sprout's trademarks, service marks, trade dress, trade names, or logos listed in Exhibit B, attached hereto, including but not limited to as or within a (i) mark; (ii) trade name, business name, manufacturing or production name, or other corporate designation, including but not limited to a d/b/a or a f/k/a; (iii) hashtag; (iv) social media account or handle; (v) domain name, or (vi) keyword, ad word, or as part of any other search engine optimization tool;

    b) registering, seeking to register, or owning or maintaining any registrations for any trademark, service mark, trade name, domain name, or any indicator of source that consists of or incorporates any of the ADDYI Marks or any confusingly similar variation thereof, including but not limited to any of the ADDYI Marks;

c) doing any other act or thing likely to confuse, mislead, or deceive others in relation to Sprout or Sprout's ADDYI® medication, including by stating, representing, or implying that 18 Nutrition's "Libitrinex" product is competitive with or in any way an alternative to Sprout's ADDY® medication.

11. 18 Nutrition acknowledges that a breach of this Consent Judgment and Permanent Injunction by 18 Nutrition would result in irreparable injury to Sprout and that, in the event of a breach, Sprout will be entitled to immediate injunctive relief to enforce this Consent Judgment and Permanent Injunction, as well as damages and reimbursement of its reasonable attorneys' fees and costs arising from its enforcement of this Consent Judgment and Permanent Injunction, including its costs of bringing an action against 18 Nutrition.

12. Jurisdiction is retained by this Court for the purpose of enabling Sprout to apply to the Court in the future for such further orders and directions as may be necessary or appropriate for the enforcement of the terms of this Consent Judgment and Permanent Injunction, as well as to enforce the terms of a separate Settlement Agreement entered into between Sprout and 18 Nutrition with respect to the subject matter of this action.

13. There being no just reason for delay, the Clerk of this Court is hereby directed, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, to enter this Consent Judgment forthwith.

SO ORDERED this __2__ of __Feb__, 2022.

*Terrence Boyle*
TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE

# Exhibit B

# SPROUT'S INTELLECTUAL PROPERTY

ADDYI

addyi

爱娣 ("Addyi" in Chinese characters)

爱递 ("Addyi" in Chinese characters)

SUNEVI

ZAIYCA

RIGHT TO DESIRE

WOMEN ON TOP

SPROUT

SPROUT PHARMACEUTICALS



6